UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Yakov Slepoy_

13 CV 6252

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

-against-

_NYPD Commissioner_

_Raymond Kelly_

Jury Trial: ☒ Yes    ☐ No
(check one)

RECEIVED
SEP - 4 2013
PRO SE OFFICE

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your
      identification number and the name and address of your current place of confinement. Do the same
      for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    _Yakov Slepoy_
             Street Address    _2006 Benson Ave, apt 1-E_
             County, City    _Kings, Brooklyn_
             State & Zip Code    _NY, 11214_
             Telephone Number    _347-283-6494_

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a
      government agency, an organization, a corporation, or an individual. Include the address where
      each defendant may be served. Make sure that the defendant(s) listed below are identical to those
      contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    _Raymond Kelly_
                   Street Address    _One Police Plaza_
                   _NY, NY 10038_

_Rev. 05/2010_

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 2    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 3    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal Questions                 ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Brake Constitutional Rights Racket Crime, Support of Organized Mafia_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _61 Police Precinct_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_January 17, 2006 at 8:00 pm_

C.    Facts: I was leered to 61 Police Precinct and refused to sign papers on person, who did not abuse me.

Detective Manu call 2 Policemen, that I can not go home. He insist to sign papers and I saw, in photo was my friend Mark Kogan. When I refuse again Manu put hand-cuffs (hands back). Than detective take me to 2nd floor make photos from me and beat me few times. I request call to my friend Natalia Kanevets to bring medicine and take care on my "Mercedes" parked around.
    Then Police bring me to Court, before next evening Judge Willson refuse to give me medical help. Mark and Michael Kogan where present on Capitan Stella office and saw, how police beat me (I have Michaels affidavit of witness).

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of abuse and interrogations I lost 70% of vision and almost deaf.
    I also lost house, business and bank accounts. Mark Kogan became owner of my house. Police beat me, knowing, that I had open heart surgery before.
    Criminal case # 2006 KN003873 was open by 2 Fascists Kelly and Brooklyn DA Hynes on order by Fascist Bloomberg, who bout Criminal Federal Judges: Amon, Preska and Jacobs; Mueller & Holder.

Rev. 05/2010

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. 1. I request honest court trial agains Criminal Raymond Kelly, who closely tied with Italia and Russian speaking Jewish Mafia, who make all United States of America victims of their crimes.

2. Prosecute Kelly, who spread trough Police Officers, that Criminal leader Mark Kogan was arrested, Mark was never arrested, covered by chief Scagnelli, who cover by his boss NYPD Commissioner.

3. Judge Anion sent Marshals, 4 Killer-Marshals run to my appartment, put 4 loaded guns to my head and request to drop case on Police & NYPD Commissioner. There is conspiracy between Law and Police

4. Request for my financial and moral losses $510 Millions

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of September 20 13

Signature of Plaintiff        x Y Slepoy

Mailing Address        2006 Benson Ave apt 1-E
Brooklyn, NY 11214

Telephone Number        347-283-6494

Fax Number *(if you have one)*        N/A

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number        _____

Rev. 05/2010

P.S. All needed documents will be submited upon request. With this complaint attached 261 pages of documents. // Y.S.

*315 Hudson Street, Manhattan*

*Complain #2013-36002 on Commissioner Kelly.*
*Officer Bonney and detective Weare; opened August 22, 2013*

### CIVILIAN COMPLAINT REVIEW BOARD
40 RECTOR STREET, 2ND FLOOR
NEW YORK, NEW YORK 10006 ♦ TELEPHONE (212) 442-8833
www.nyc.gov/ccrb

MICHAEL R. BLOOMBERG
MAYOR

JOAN M. THOMPSON
EXECUTIVE DIRECTOR

## WALK-IN FORM

Welcome to the Civilian Complaint Review Board.  If you have come to this office to file a complaint against a member of the New York City Police Department, please answer the questions listed below.

DATE AND TIME OF ARRIVAL __July 24, 2013__ ; __11:42 am__

DATE OF OCCURRENCE __January 17, 2006__ TIME OF OCCURRENCE __8 pm__

BOROUGH OF OCCURRENCE __Kings__ PRECINCT OF OCCURRENCE __61__

LOCATION OF OCCURRENCE __Precinct__

COMPLAINANT'S LAST NAME __Slepoy__

COMPLAINANT'S FIRST NAME __Yakov__

COMPLAINANT'S COMPLETE ADDRESS __2006 Benson Ave, apt 1-E__
__Brooklyn , NY__ ZIP CODE __11214__

HOME # _____ BUSINESS # _____ ALTERNATE # _____

CELL PHONE # __347-283-6494__ EMAIL __N/A__

SEX: _X_MALE __FEMALE   RACE _____   DATE OF BIRTH __05-01-1945__

RELATIONSHIP TO VICTIM __Self__

VICTIM'S LAST NAME _____ VICTIM'S FIRST NAME _____

COMPLETE ADDRESS _____

_____ ZIP CODE _____

HOME # _____ BUSINESS # _____ ALTERNATE # _____

CELL PHONE # _____ EMAIL _____

1

SEX: __MALE __FEMALE    RACE _____    DATE OF BIRTH_____

WITNESS'S LAST_____ WITNESS'S FIRST NAME_____

COMPLETE ADDRESS_____

_____ ZIP CODE_____

HOME #_____ BUSINESS # _____ ALTERNATE #_____

CELL PHONE#_____EMAIL_____

SEX: __MALE __FEMALE    RACE _____    DATE OF BIRTH_____

HAVE YOU EVER FILED A COMPLAINT WITH THIS OFFICE? X YES __NO
IF YES, PLEASE GIVE US THE CASE NUMBER _do not remember_

## POLICE OFFICER INFORMATION

| OFFICER'S NAME | PRECINCT | RANK | SHIELD # | TAX # | CAR # |
|---|---|---|---|---|---|
| 1. Raymond Kelly | NYPD | Commissioner | _____ | _____ | _____ |
| 2. | | | _____ | _____ | _____ |
| 3. | | | _____ | _____ | _____ |

IF YOU HAVE NONE OF THE INFORMATION REQUESTED ABOVE ABOUT ANY OF
THE POLICE OFFICERS INVOLVED, PLEASE PROVIDE A DESCRIPTION OF EACH
OFFICER INCLUDING HEIGHT, WEIGHT, RACE, SEX, ETC.

1._____

2._____

3._____

BREIFLY, DESCRIBE YOUR COMPLAINT

_Commissioner Kelly, with Brooklyn DA-
Charles Hynes fabricated 2nd criminal case
against me. In result - I lost taxi license and_

and opportunity to work and make money. In 61 precinct I was interrogated, beaten and hold without medicine in prison cell. They claim that arrested Mark Kogan assult me, it was other man. As result I lost 70% of vision and hearing. Also suffer another injuries (relevant to case # 2006KN003873). I was sued 26 times for nothing and Mark kogan became owner of our family house in a half

---
SIGNATURE
---

price, that he did illegal re-financing 3 times in short period, because equity was there.

Later 61 Precinct was awarded as the best unit in NYPD.

Nature of complaint - multiple crimes of criminal Raymond Kelly
On One Police Plaza, Property Clerk - Officer
P.S. Complaint done in presence of 2 Detectives:
1. Ben Gilmor
2. Stanislav Sazonov

X Signature _____ /Yakov Slepoy/

07-24-2013                    3

# Complaint Report (CCRB)

## Initial Complaint Narrative

Yakov Slepoy filed this complaint, as detailed below, on 2/2/12, in case 201201447. On 3/28/12, Mr. Slepoy appeared at the CCRB and provided the date of incident, as listed below:

Mr. Slepoy believes that New York City police commissioner Raymond Kelly is affiliated with Russian organized crime and that Commissioner Kelly assisted the Russian mafia in fabricating a criminal case against Mr. Slepoy.

In January of 2006, a member of the Russian mafia, Michael Kogan, called the police and accused Mr. Slepoy of threatening to kill his brother, Mark Kogan. Mr. Slepoy disputed this allegation and said he has telephone records indicating that he did not call Mark Kogan, but on January 10, 2006, Mr. Slepoy was arrested and brought to the 61st Precinct stationhouse. At the stationhouse, an officer who Mr. Slepoy believed was a detective, repeatedly threatened to beat him up and kill him if he did not sign a paper admitting his guilt. Mr. Slepoy refused to sign the paper and was repeatedly beaten by the officer. Additionally, Mr. Slepoy asked for medication that he takes for a heart condition, but the officer refused to let him have his medication. Mr. Slepoy was then taken to see a judge on Schermerhorn Street in Brooklyn, where he again asked for his medication but was not allowed to have it. While at the court building, an officer, PO2, struck him repeatedly. Mr. Slepoy was then brought to Rikers Island, where he asked to see a doctor and was subsequently brought to a hospital. The following day, he was released on bail.

Since the arrest, Mr. Slepoy has received threats from Mark Kogan and a law firm he is affiliated with, the Law offices of Bukh and Associates, PLLLLC, Mr. Slepoy has been assaulted by someone associated with Mark Kogan, and Mr. Slepoy has had his vehicle stolen. When Mr. Slepoy has reported these threats and assault to the police, they have not investigated them.

Mr. Slepoy reported this to the 70th Precinct detective squad, the NYPD Speical Investigation Unit, the New York City Dept. of Investigation, the Federal Bureau of Investigation and what was formerly the office of U.S. Congressman Anthony Weiner, but the case has still not been resolved. Mr. Slepoy believes that Commissioner Kelly and Mayor Bloombeg are protecting Mark Kogan because his ties to the Russian mafia.

## Witness

_August 12_ Complaint # 2013-36002 on Commissioner Kelly. Open by Officer Bonney and Detective Weare

---

*October 06, 2011*

**Chief Judge Hon. Dennis Jacobs**
United States Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square,
New York, NY 10007

**Chief Judge Hon. Loretta A. Preska**
United States District Court
Southern District of New York
D. P. Moynihan U.S. Courthouse
500 Pearl Street, Room 230
New York, NY 10007

## Affidavit of Witness

I, **Lidiya Gurevich** duly sworn, depose and say: "I am not a party of this action. Stated by me, that I'm over 18 years of age; and I am a New York resident living by address: *2006 Benson Ave, Apt. 1-E; Brooklyn, NY 11214.* Phone: **917-400-9117**.

1. I'm girl-friend of Yakov Slepoy from 2001. Same year **Mark Kogan** became Yakov's friend, who had keys and permission to get to Yakov's house at **2658 Batchelder Street, Brooklyn, NY 11235**.

2. Been around, I know all Yakov cases and have been together with him on almost every court hearing. At this affidavit I summarize most important information to show **Court of Appeals** right view on all **3 cases** at this court: **11-2432 "Y.S. vs. U.S. Social Security Administration"; 11-2434 "Y.S. vs. Ellen Kliger; 11-2443 "Y.S. vs. the City of New York & and Policemen of NYPD"**.

3. I also attached my few previous Affidavits to this final one stress on some mentioned facts. Marks brother - **Michael Kogan** also resides about 4 months in Yakov's house from about **February 2005** till eviction from the house. The Kogan get keys from house, acting like home owners. In short period of time Michael Kogan begged **$4,450** for buying car, never pay them back. (Portion of this debt "was returned" by **$2,000** empty fraudulent check to **Natalia Kanevets – Yakov's friend**). Yakov quickly understood that trust to Kogan brother was a terrible mistake and demand money back.

4. **June 13, 2005** Mark Kogan proposes Yakov to come at 12:30 P.M. to office of **"All American Mortgage Bankers"** at 7203 13th Av in Brooklyn. Here Kogan was a **Vice President** of the company. During the meeting Yakov inform Mark Kogan, that he will refinance house to have Deed and Title on his name. Instead of Kogan Yakov choose **"Alliance Mortgage Banking Corp."** and broker **David Golub**. Mark promise to return his and his brother debt ~ **$12,000**, but rather than return money Kogan inspired scandal and call Police. Police officer **Michael Sagnelli** (badge # 17292) from **68 Police** Precinct recommends Mark Kogan return money and finish conflict. Yakov was arrested under Kogan pressure and taken to precinct and from police to court case **#2005KN0038071** against Yakov Slepoy was fabricated. Yakov was released by Judge without bail, but with suggestion to immediately do complain with Police, what was done next day at **61 Precinct**. Case **#2005KN0038071** was dismissed and sealed **05/09/2006** by **Judge Burke** in my witness.

5. Consequentially criminal case **#2006KN003873** was fabricated. Accusation based on life threatening telephone call from Yakov to Michael Kogan. I and Yakov Met Michael Kogan, he said that he will return money in future and Michael bring notarized note that he refused to be witness against Yakov Slepoy. Court hearings were adjourned 26 times with no trial in 3 years of court to person, who had history of hard attack and multiple medical problems. Request of subpoena was newer placed under directions of **Brooklyn DA Charles Hynes** to sent investigation to wrong direction). ACD was fabricated by **Brooklyn DA Charles Hynes** and **Commissioner Raymond Kelly** under pressure of **Criminal Gangster Michael Bloomberg**.

6. I have had been present with Yakov at all criminal court hearings. On one of hearings **Judge William Miller** provoke Yakov, stated that his 15 years son is involved in case, Yakov immediately gave paper

October 06, 2011

about participation of Lawyer **Scott A. Miller**, but not judges son.

7. On hearing, case index # 2006KN003873 Yakov gave documents that house was stolen from him by **Mark Kogan** and **$2,000** empty fraudulent check from Michael Kogan. I was present on hearing.

8. On hearing case index # 15176/08 Yakov stated that house was stolen from him by **Ellen Kliger** and **Mark Kogan**, but **Judge Arthur M. Schack** said that he want only concern about Kogan. Also Court Secretary and Judge refuse to give me interpretor. **Michael Rombom, Ilya Kheyn** and **I** where present on hearing as Yakov friends. At one of his statements Judge said that he will in future go to Russia with Kogan, have sex with prostitutes and than work for FSB. All of this was said in front of Court Secretary –man, about 60 years old, Court Police Officer and **Lawyer Josh JFK Sapodin**. Case was dismissed by **Judge Schack. On page 2 on Dismissal order added** suggestion to Yakov apply to **Kings District Attorney,** verbally it was not said in front of all the people on the Court. Judge Schack commits a crime.

9. On hearing **May 15, 2006**, before **Judge Hon. Geraldine Pickett** was Julie Degenaro, ESQ from **Office of Brooklyn DA** and translator **Julia Epstein**. Julie Degenaro, said to the judge, that her boss, **Charles Hynes**, thinks that **Yakov Slepoy** is a **madman**, and she ask Judge to consent Yakov for psychiatric evaluation. Before translator respond Yakov said to Judge: "Give me the address, and I will go right away." And instigation failed, after Yakov visit doctors.

10. On case #16442/06 against Irina Simkovich **Judge Bernard J. Graham get to conspiracy with Lawyers Olga Suslova, Arkadiy Bukh** and **Eugeny Tsusgauz** never let Yakov to get in to the court room, because Bukhs lawyer **Bruce Provda** get $5,000 and never came to the court.

11. On July 18, 2006 I and Yakov Slepoy, entered Court Building on **141 Livingston Street**, **Brooklyn, New York**. Yakov noticed that behind us was Mark Kogan. Yakov approached an officer Felix: approximately 5'6" Caucasian, wearing a white shirt and having mustache. Yakov asked the officer to accompany him, because man behind him was Mark Kogan, who had criminal case and the order of protection against him. During the hearings **Law Secretary** and the **Judge Hon Bernard J. Graham** named **Mark Kogan -** under the false name **Marc Lebon,** even though the Judge and the secretary knew his real identity. When Mark Kogan was talking as a witness he testified that he speaks for **Marina Kogan** and that **his name is Marc Lebon** and that he lives at the address: **34 Michael Loop, Staten Island, NY 10301.** The Court request testimony to be sworn in, including all the parties. "Please face the court officer, raise your right hand. Do you **solemnly under penalty of perjury affirm the** testimony? Mr. Slepoy: I swear. **Mr. Lebon:** Yes. Mr. **Borman:** Yes. **The Court: Okay.** And Judge refuses to call me as a witness.

12. 12/11/2006 I accompanied Yakov Slepoy to the Law Offices of Bukh and Associates, PLLLLC; because of he's heart condition. **Wooldridge** did not show up on two court dates without any explanation. The next day Yakov Slepoy had a criminal hearing. Nicholas Wooldridge had to be there and never show up. Bukh and Nicholas Wooldridge get to conspiracy with Charles Hynes and Mark Kogan (also his Lawyers **Olga Suslova,** and **Eugeny Tsusgauz**). They adjourn case 18 times with no trial. Then Yakov change Lawyer and closed case in 3 sessions.

13. 09/12/2006 I Accompanied Yakov to Meeting with Bruce Provda and an interpreter Levi Finkenshtain from Bukh office. After Provda saw all the documents pertaining to the unlawful sale house by his ex-wife due being threatened. If some will get to house, stolen from Yakov, they can see a lot of stuff, bought by Yakov. Attorney promised that he would go to court the next day and prove that the house was sold illegally. He was newer show up to any hearing. Office representative **Andrew Jorjikia** came to one of hearings, but he was **Account Manager,** who is not qualified for legal presentations. **Bukh** get again **$2,000** for no service.

4. Yakov had to send letter about A. Bukh crimes to **Grievance Committee. Chief Counsel Diana Maxfield Kearse** respond: *"...It has been determined, that the issues you raise are more appropriate for resolution by a court of law."*

5. Bukh refused to represent Yakov in courts, because 24 hours a day he is under pressure of life threatening of him, his wife and three children (his words are **absolute lie** in reality). Arkadiy Bukh state, that **Magistrate Judge Lois Bloom and Senior Judge Allyne R. Ross** go to conspiracy with corrupted **Brooklyn DA Charles Hynes** and **Federal Prosecutors** together with **FBI,** when closed cases. Reminder of Yakov cases closed **05/11/10**.

About house ownership. When **February 18, 2006** 1st floor tenants complain, that is no hit in apartment, Policemen **Hazan** and **Lorenzo** from 61Precinct call Mark Kogan, as owner, but he said that he doesn't know anything about and he is not the owner. (Yakov show to me tenants affidavit).
I also know that Federal Marshals illegally, with no documents run to Yakov's apartment aiming to arrest him. Marshals were sent by criminal Federal Judges: **Amon, Bloom and Ross**.
Few days ago I spoke to Yakov family and friends. We all ready to give all necessary original documents to Journalists and stop crime Judges and Prosecutors crime against their brother in this Great Country.
I know that Yakov has more than 40 Affidavits from his friends, which is essential part of other documents: letters, photo, medical records and different receipts to submit on trials.
You are - 2 Judges, who cover crime of **Bloomberg**, behind who are **Brooklyn DA Charles Hynes** and **Raymond Kelly.** They make as hostages Yakov, his ex-wife, children Kirill and Maria.

Sincerely

Lidiya Gurevich

BRADLEY J GOYZEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GO6243486
Qualified in Rich County
Commission Expires June 20, 2015

Notary Public
Date 10/6/11

1 |

April 15 2012                    Yakov Slepoy

Commissioner NYPD
**Raymond W. Kelly**
One Police Plaza
New York, NY 10001

*Personal Delivery:*

| | | |
|---|---|---|
| **James Clapper - DNI** Office of the Director of National Intelligence Washington, DC 20511 | **Janet Napolitano** Secretary of U.S. Dept. Homeland Security Washington, D.C. 20528 | **Chief Justice of the US** John G. Roberts, Jr. One First Street N.E. Washington, DC 20543 |
| **USSS Field Director** 335 Adams Street Brooklyn, NY 11201 Tel. 718-840-1000 | **Mayor Michael Bloomberg** Office of M-r of NYC City Hall, NY, NY 10007 (212) 788-3000 | **USSS Field Director** 900-500 Front Street Columbus, OH 43215 Tel. 614-469-7370 |

From: **Yakov Slepoy**
2006 Benson Ave, apt 1- E
Brooklyn, NY 11214
Phone: 347-283-6494

# Letter on Open Case issues.

Dear Commissioner Raymond **W. Kelly,**
Office of NYPD Commissioner recently get a Letter of Complaint # 12-01447, mailed to your attention by IAB **Chief of Department** (Tel. 646- 610- 5410). ; Internal Affairs Bureau, address: **315** Hudson Street; New York. NY 10013, General Tel. 212 -741-8401). I get conformation, when call mentioned above chief's telephone. visiting IAB lately - **April 11, 2012.**

This is my accomplishment and result of continuous contacts with CCRB (NYC Civilian Complaint Review Board. Address: 40 Rector Street, 2nd floor; New York, NY 10006. Tel. 212 -442-8833) and IAB (Internal Affairs Bureau, address: 315 Hudson Street; New York, NY 10013, General Tel. 212 -741-8401). Totally I made 26 Complaints to CCRB, see attached list of complaints. Also I have been in-person to CCRB, IAB; Police Precincts 61 and 66, where I used to live.

**March 05, 2012,** with my friend Michael Rombom, met in IAB with Detectives Pastor and Corridy to verify progress on my cases. Based on my previous complaints and submitted original documents, they open case **#12-13014** and recommended immediately open sue case against Commissioner Raymond W. Kelly.

1 |

2 |                         April 15, 2012              Peter Lupes

March 28, 2012, around 4:00 P.M. **Michael and I,** we met with Supervising Inspector Mr. Kalkstein, due slow progress in CCRB investigations. **After 15 minutes discussion** Mr. Kalkstein promise to send letters to few addresses, including IAB, **who finally initiate Letter of Complain against Commissioner Raymond Kelly; Case # 12-01447 sent by Internal Affairs Bureau** to the Office of NYPD Commissioner. My complains based on facts of Police abuse from **2005.**

1. Commissioner Kelly <u>betrayed</u> Grate American Nation and <u>put a shame</u> on NYPD. Instigated by Criminal Bloomberg, make hostages of his crimes my family, his family and children and all New Yorkers. Two Criminal Anti-American Gangsters work together: coward Bloomberg initiate Police brutality through his <u>marionette</u> Kelly - <u>the most corrupted Commissioner of NYPD history.</u>

2. You exceed your power and fabricated criminal case against me to cover espionage activity of yours Deputy: **June 13, 2005 Mark Kogan** invites me for to his office to return debt - significant amount of money. Kogan inspired scandal and Police arrest me. In retaliation, I bring to Police attention facts of Spy and Financial Terrorism Group. For explicit information, November 2005 I was called to FBI-NY *(26 Federal Plaza 23th fl., NY)* by Agent Jeff (tel. 212-384-2477) and inform about **Russian Speaking Jews and Italian Criminals Financial Terrorist Organization.** I stated and gave original documents, that Mark Kogan and few FBI Agents work for **Russian Intelligent Service (FSB),** FSB and Mark Kogan recruit informers - 3-Star-General **Michael Scagnelli, Sal Cefalu** and **Aldo Frustacci in Russia,** Artabash Altai Region, 1999; all still work for **FSB** Intelligence under Scagnelli <u>(Kelly's First Deputy).</u> I was assault and taken to Hospital **January 07, 2006;** and **January 17, 2006** criminal case against me (#2006KN003873) was fabricated by **Commissioner Kelly** under pressure of Gangster Bloomberg. Police abuse me by Kelly's order, interrogating and beating me during 52 hours (worth, than in Nazi Germany) to remove the witness of Bloomberg crimes. Raymond Kelly harasses me and my family for 6 years. Also important to mention, that most influential people on Russian link are: Mark and Marina **Kogan; Vladimir Borman** and **Ellen Kliger.** Mark Kogan not only Spy, but **Financial Terrorist and Racketeer.**

3. June 15, 6:45 a.m. I open door to 4 Federal Court Marshals, leaded by Deputy US Marshal Melissa Salcedo (tel. 917-337-4791). They run to the apartment and said that I'm arrested for assaulting Federal Judges. When I request "Order of Arrest", Marshal Salcedo was refused, because they do not have it. In presence of my Landlord Natalia Kanevets, targeting **4 loaded guns to my head,** Marshals warn me from suing Police and Commissioner Kelly; even Kelly fabricated against me criminal case # 2006KN003873. Attorney Arkadiy Bukh told me that it's no reason to complain to Police, headed by criminal Kelly.

4. My family and between them **Lidiya Kuchersky,** business owner of **"Lews Pun shop"** from Columbus. Ohio. She afraid for future of business and lives of 3 brothers and 3 sisters, also members of their families. **Chief Judge Jacobs,** who presided on my cases, is under pressure from **Washington DC and New York Powerful Politicians.** Anyway Lidiya knows that he is descent Judge, one the most talented and low-abiding Federal Judges and he will

2 |

3 |

April 15 2012                                   Yakov Slepoy

handle pressure giving trial on my house racketeer capture case.

5. To hide his crimes **Bloomberg** bought everybody in New York and DC. Russian Community Criminals - **Doctors, Lawyers, Bankers and Businessman** met Bloomberg in fancy night-club ."**National**" at Brooklyn **Brighton Beach Area.** And Kelly was there too. *MAYOR MICHAEL BLOOMBER* AND *NYPD COMMISIONER RAYMOND KELLY* ARE CRIMINALS AND ENEMIS OF AMERICA, whose Shameful resignation coming soon. Than will be life term in prison for **Bloomberg** and **Kelly.**

I understand that any false statements made in this letter are punishable as a Class "A" Misdemeanor under Section 175.830 and/or Section 210.45 of the Penal Low.

All documents and information can be finding on my website: www.yakov-slepoy.com

Sincerely                                                    Yakov Slepoy

4/16/12

BRADLEY J GOYZEN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GO6243486
Qualified in Rich County
Commission Expires June 20, 2015

4/16/12

3 |



**U.S. Postal Service**
**CERTIFIED MAIL.. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20511

| | | |
|---|---|---|
| Postage | $ $5.15 | 0302 |
| Certified Fee | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.10   04/16/2012 | Personal delivery |

Sent To  James Clapper
Street, Apt. No.; or PO Box No.  DNI office
City, State, ZIP+4  Washington, DC 20511

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528

| | | |
|---|---|---|
| Postage | $ $5.15 | 0302 |
| Certified Fee | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.10   04/16/2012 | Personal delivery |

Sent To  J. Napolitano
Street, Apt. No.; or PO Box No.  Sec'y DHS
City, State, ZIP+4  Washington DC 20528

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL.. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20543

| | | |
|---|---|---|
| Postage | $ $5.15 | 0302 |
| Certified Fee | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.10   Personal delivery |

Sent To  John Roberts
Street, Apt. No.; or PO Box No.  One First St NE
City, State, ZIP+4  Washington DC 20543

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL. RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BROOKLYN NY 11201

| | | |
|---|---|---|
| Postage | $ $5.15 | 0302 |
| Certified Fee | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.10   Personal first delivery |

Sent To  USSS field director
Street, Apt. No.; or PO Box No.  335 Adams Street
City, State, ZIP+4  Brooklyn, NY 11201

PS Form 3800, August 2006          See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10001 **OFFICIAL USE**

| Postage | $ | $5.15 | 0302 |
| Certified Fee | | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.10 | 04/16/2012 |

*Personal delivery*

Sent To R. Kelly
Street, Apt. No.; or PO Box No. One Police Plaza
City, State, ZIP+4 NY, NY 10001

PS Form 3800, August 2006        See Reverse for Instructions

7011 2970 0002 5287 2300

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10007 **OFFICIAL USE**

| Postage | $ | $5.15 | 0302 |
| Certified Fee | | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.10 | 04/16/2012 |

*Personal delivery*

Sent To Bloomberg
Street, Apt. No.; or PO Box No. City Hall
City, State, ZIP+4 NY, NY 10007

PS Form 3800, August 2006        See Reverse for Instructions



7011 2970 0002 5287 2317

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

COLUMBUS OH 43215 **OFFICIAL USE**

| Postage | $ | $5.15 | 0302 |
| Certified Fee | | $2.95 | 12 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $8.10 | 04/16/2012 |

*Personal delivery*

Sent To USSS Field Director
Street, Apt. No.; or PO Box No. 200-500 Front Street
City, State, ZIP+4 Columbus, OH 43215

PS Form 3800, August 2006        See Reverse for Instructions

# UNITED STATES SECRETE SERVICE
## 335 Adam Street





POLICE DEPARTMENT

Internal Affairs Bureau
315 Hudson St. 3rd Floor
NY, NY 10013
Attention: LCD DiBartolomeo, SIU

November 23, 2005

IAB Log #05-34698

Mr. Yakov Slepoy
2658 Batchever Street
Brooklyn, NY 11235
.718 891 4879

Dear Sir:

Your complaint registered with the New York City Police Department on November 15, 2005 was investigated and reviewed by the Internal Affairs Bureau. The Bureau has determined that there is insufficient evidence to clearly prove or disprove the complaint. Such evidence is necessary if disciplinary procedures are to be instituted.

Complete and through investigations conducted during complaints such as yours assist the New York City Police Department in maintaining the highest standards of integrity. It is important that complaints coming within the jurisdiction of this Department be called to our attention so that appropriate action can be taken.

Sincerely,

Terence J. Moore
Captain
Commanding Officer, SIU
Internal Affairs Bureau



POLICE DEPARTMENT

P.C. # 2006-02382

March 20, 2006

Yakov Slepoy
2658 Batchelder Street
Brooklyn, NY 11235

Dear Mr. Slepoy:

This is to acknowledge your letter dated January 31, 2006 concerning alleged threats to your life made by Michael Kogan.  Please be advised this matter is being forwarded to an official of the New York City Police Department.

Sincerely,

Lowell Stahl
Assistant Chief
Commanding Officer
Police Commissioner's Office

LS:me

COURTESY · PROFESSIONALISM · RESPECT
Website: http://nyc.gov/nypd



POLICE DEPARTMENT

Commanding Officer
66th Precinct
5822 16th Avenue
Brooklyn, NY 11204

February 12, 2010

Yakov Slepoy
1510 Ocean Parkway #B-2
Brooklyn, New York 11230

Dear Mr. Slepoy:

As the Commanding Officer of the 66th Precinct, the concerns you raised in your complaint dated 12/23/2009 regarding an incident that occurred on 12/01/2009 will be investigated by Lieutenant Lam of the 66th Precinct. Please call Lieutenant Lam at (718) 851-5615 so that he may obtain all the facts related to your complaint ensuring a proper investigation.

Thank you for bringing your concerns to my attention. You may contact me regarding this or any future issues at (718) 851-5637.

Sincerely,

John J. Sprague
Deputy Inspector

COURTESY · PROFESSIONALISM · RESPECT
Website: http://nyc.gov/nypd

Y OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: 195761

EOPLE OF THE STATE OF NEW YORK
VS

Y,YAKOV
dant                                    _____05/01/1945_____
                                        Date of Birth

BATCHELDER STREET
ss                                      _____1849867Q_____
                                        NYSID Number

LYN            NY                       _____01/17/2006_____
          State    Zip                  Date of Arrest/Issue

t Number: 2006KN003873                  Summons No:

0 240.30
gnment Charges

Disposition Information:

te        Court Action              Judge           Part
/2007   DISMISSED AND SEALED        PICKETT,G        BTP1

**SEALED**

CERTIFICATION                 pursuant to Section 160.50 of the CPL

NMENT AGENCY     _ COUNSEL ASSIGNED

CORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

E  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

 HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
OURT.

T.H                                  11/15/2007
OFFICIAL SIGNATURE AND SEAL           DATE        FEE: NONE

ON: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
      SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

THE PEOPLE OF THE STATE OF NEW YORK

v

YAKOV SLEPOY

_____

OF NEW YORK
Y OF KINGS

PARALEGAL YVETTE L. CREIGHTNEY OF THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
SAYS THAT ON OR ABOUT JANUARY 10, 2006 AT APPROXIMATELY 01:00 AM, AT CONEY ISLAND
AVENUE, BETWEEN AVENUE Y AND Z, COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 215.50(3)                  CRIMINAL CONTEMPT IN THE SECOND DEGREE
PL 240.30(1)(A)               AGGRAVATED HARASSMENT IN THE SECOND DEGREE


IN THAT THE DEFENDANT DID:

ENGAGE IN INTENTIONAL DISOBEDIENCE OR RESISTANCE TO THE LAWFUL PROCESS OR OTHER
MANDATE OF A COURT; WITH INTENT TO CAUSE ANNOYANCE OR ALARM, COMMUNICATE WITH A
PERSON , ANONYMOUSLY OR OTHERWISE, BY TELEPHONE, OR BY TELEGRAPH, MAIL OR ANY
OTHER FORM OF WRITTEN COMMUNICATION.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE
AS FOLLOWS:

THE DEPONENT IS INFORMED BY MICHAEL KOGAN THAT, AT THE ABOVE TIME AND PLACE, THE
DEFENDANT TELEPHONED INFORMANT AND THREATENED TO KILL INFORMANT'S BROTHER, MARK
KOGAN.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT INFORMANT RECOGNIZED THE
VOICE OF THE ABOVE CALL TO BE THAT OF THE DEFENDANT'S.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE DESCRIBED
ACTIONS CAUSED INFORMANT TO BECOME ALARMED AND ANNOYED.

THE DEPONENT IS FURTHER INFORMED BY INFORMANT THAT INFORMANT NOTIFIED MARK KOGAN
ABOUT DEFENDANT'S ABOVE-DESCRIBED ACTIONS.

THE DEPONENT FURTHER STATES THAT THE ABOVE-DESCRIBED CONDUCT BY DEFENDANT WAS IN
VIOLATION OF A CRIMINAL COURT ORDER OF PROTECTION, ISSUED 11/10/2005, BY JUDGE
BURKE, UNDER DOCKET NUMBER 2005KN038071 IN EFFECT UNTIL 5/9/2006, AND ORDERING
THE DEFENDANT TO STAY AWAY FROM MARK KOGAN, TO REFRAIN FROM ASSAULT, STALKING,
HARASSMENT, MENACING, RECKLESS ENDANGERMENT, DISORDERLY CONDUCT, INTIMIDATION,
THREATS OR ANY CRIMINAL OFFENSE AGAINST OR INTERFERENCE WITH MARK KOGAN AND SUCH
MEMBERS OF THE FAMILY OR HOUSEHOLD OF MARK KOGAN.

THE DEPONENT FURTHER STATES THAT DEPONENT'S BASIS FOR BELIEVING THAT DEFENDANT
HAD KNOWLEDGE OF THE ABOVE-DESCRIBED ORDER OF PROTECTION IS AS FOLLOWS:  THAT
ORDER BEARS WHAT IS PURPORTED TO BE DEFENDANT'S SIGNATURE UPON ITS FACE, IS
ENDORSED "DEFENDANT PRESENT IN COURT" AND IS FURTHER ENDORSED "DEFENDANT ADVISED
IN COURT OF ISSUANCE OF ORDER."


FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW.

CRIMINAL COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS          :        PART BTP-1
- - - - - - - - - - - - - - - - - - - - - - - -X
THE PEOPLE OF THE STATE OF NEW YORK

                    -AGAINST-

                                            DOCKET #
                                            06KN003873


LEEPOY YAKOV,               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - -X
                        November 13, 2007

                        120 Schermerhorn Street
                        Brooklyn,New York 11201

BEFORE:

THE HONORABLE GERALDINE PICKETT,
                Criminal Court Judge


Appearances:

        FOR THE PEOPLE:
        CHARLES HYNES, ESQ.
        District Attorney - Kings County
        350 Jay Street
        Brooklyn, New York 11201
        BY: LESLEY OSEEP, ESQ.


        FOR THE DEFENDANT:
        MICHAEL FINEMAN, ESQ.
        305 Broadway
        New York, New York 10013


                CHRISTINE M. SHEARER
                OFFICIAL COURT REPORTER

OFFICER: Counsel on Slepoy Yakov.

Calling Calendar numbers 1 and 3. Slepoy Yakov

Russian Interpreter required and present.

MR. FINEMAN: Michael Fineman.

Michael, F-I-N-E-M-A-N on behalf of Slepoy

Yakov, 305 Broadway, New York, New York.

Good morning, your Honor.

THE COURT: Good morning.

MS. OSEEP: I have an indication that the two

dockets were consolidated; is that correct?

MS. FINEMAN: I don't believe they were.

THE COURT: I don't have any indication the

two dockets were consolidated.

MS. OSEEP: I have a note that the People are

moving to dismiss the second TPO from the 2006

docket.

MR. FINEMAN: That is only one TPO on this

docket.

MS. OSEEP: Yes, that is correct. I don't

have a copy of the complaint.

THE COURT: Okay, which docket are you

referring to?

MS. OSEEP: On the 2006 Docket KN003873.

THE COURT: You are moving to dismiss the

second TPO

MS. OSEEP: Yes, that is only one TPO on that complaint.

THE COURT: The one TPO.

MS. OSEEP: Then the people are moving to dismiss that docket, the 2006 docket. We are proceeding on the 2005 docket only.

THE COURT: That docket is dismissed and sealed and that is 3873.

MS. OSEEP: Yes, Judge.

MR. FINEMAN: 2005 docket, I believe the people are beyond their time on 30.30. So then I would be, if the people are ready today, I will be requesting a motion schedule.

MS. OSEEP: People are ready today.

MR. FINEMAN: I will be requesting a motion schedule with respect to the docket.

THE COURT: The people are ready with it, the 2005 docket?

MS. OSEEF: Yes.

MR. FINEMAN: I move to dismiss pursuant to 30.30. I ask for a written motion schedule, your Honor. If your Honor would consider, this is my client's -- I believe there were 23 appearance on this case. If your Honor would consider excusing his appearance while the motion is pending.

Your 2006 docket is dismissed and sealed.

The 2005 docket, the attorney has made motions to dismiss this case pursuant to 30.30. And to file a motion on another November 27th. And people will respond on 12-12. You will be in touch with your attorney to find out what happened.

The Order of Protection is extended, that means that you are to have no contact with the complaining witness.

THE WITNESS: Thank you, very much.

*  *  *  *  *  *

C E R T I F I C A T I O N

THE FOREGOING IS HEREBY CERTIFIED TO BE A TRUE AND CORRECT TRANSCRIPT OF THE PROCEEDINGS HELD IN THE ABOVE MATTER.

CHRISTINE M. SHEARER
Official Court Reporter

AFFIDAVIT OF WITNESS

SERGEY SAVCHENKO, being duly sworn, deposes and says:

On January 16, 2006, after coming home from work, I went upstairs to visit my Landlord, Yakov Slepoy, who informed me that his presence was being requested at the 61st Precinct of the NYPD at 8 P.M. the following day, January 17, 2006. Mr. Slepoy was told that an arrest was made of a person who assaulted him in our driveway several days earlier.

In the evening of January 17, 2006, Natalya Kanevets, Mr. Slepoy's girlfriend, knocked on my door and informed me that Mr. Slepoy has been arrested when he arrived at the 61st Precinct. He asked that Natalya and I bring him his medication and money, and that we also pick up his car, which was parked at a parking meter at the corner of Coney Island Avenue and Avenue W. We called a car service and went to the 61st Precinct. We were met by a detective who gave us Mr. Slepoy's attaché case with various documents belonging to him, Mr. Slepoy's cell phone, and his car keys. Natalya told the detective that she has to give Mr. Slepoy his medication, which he must take 4 times a day. The detective brought out Mr. Slepoy and removed his handcuffs, after which Mr. Slepoy took his medication. Natalya asked the detective why Mr. Slepoy was arrested, to which the detective replied that Mark Kogan has also been arrested, and that Mr. Slepoy has nothing to worry about and that he will be released within a few hours. The detective prohibited us from leaving the medication with Mr. Slepoy. Natalya began crying and gave Mr. Slepoy a $20 bill and 4 quarters. After this, Mr. Slepoy was handcuffed and taken away.

We then retrieved Mr. Slepoy's car, which I used to take Natalya home. The following evening, Natalya Kanevets came to my apartment and begged me to take $1000 from her to post bail for Mr. Slepoy the following day. The next morning, one of my friends and I took Mr. Slepoy's car to go to the municipal building, located at 120 Schermerhorn Street in Brooklyn, to bail out Mr. Slepoy. We arrived there at 9 A.M., and were told that we must post bail in Lower Manhattan. Upon arriving at Lower Manhattan, we were told that Mr. Slepoy has not been transferred to jail yet, and that we have to wait until he is transferred to post bail. We waited until 4 P.M. and went home. At 6 P.M., Natalya called me and told me that she was informed that bail can now be posted. We went back to Manhattan and posted the $1000 bail for Mr. Slepoy.

Everything stated above is true, and I am willing to testify in court, if the need arises.

STATE OF NEW YORK, KINGS COUNTY:

On the 04 day of _December 2006_ before me personally came Sergey Savchenko, to me known to be the individual described in and who executed the foregoing agreement, and acknowledged that he executed said agreement.

SERGEY IZHOVSKIY
Notary Public, State of New York
No. 01IZ6114737
Qualified in Kings County
Commission Expires August 23, 2008

NOTARY PUBLIC

# AFFIDAVIT OF WITNESS

I, Lidiya Gurevich, being duly sworn, deposes and says:

I was present during the hearing on May 15, 2006. The hearing was before
Judge Hon. Geraldine Pickett. She was African American woman, around 50 years old, about 5'6. There was a representative of the DA office of Charles Hynes, Julie Degenaro, ESQ. There was a translator, Julia Epstein.

Julie Degenaro, said to the judge, that her boss, Charles Hynes, thinks that Yakov Slepoy is a madman, and she is asking the judge, to ask Yakov's consent to go to a psychiatric evaluation. Yakov understood this, and before the translator translated it, said to the judge, "Give me the address, and I will go right away."

Lidiya Gurevich

dated oct 12th 201,

VIVIA V. SINCLAIR
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01SI4693821
My Commission Expires 11/31/2013

**·Mobile·**
at more from life

# Facsimile Cover Sheet

To:   Nicholas Wooldrige

From:   Vanessa Dunston (973) 292-8681

Vanessa.Dunston@t-mobile.com

Date:   April 18, 2007

ages:        (including cover)

Fax Number:   718.376.3033

Voice Number:   (718) 376-4766

Subject:   Subpoena Response
2007-033165

Docket # 2006CKN003873

essage:

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
THE PEOPLE OF THE STATE OF NEW YORK

                              -against-                    NOTICE OF SUBPOENA

                                                          Docket No: 2006KN003873

YAKOV SLEPOY,

                              DEFENDANT.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        PLEASE TAKE NOTICE, that on March 20, 2007 undersigned counsel caused
subpoena to be served upon:

        T-Mobile
        Custodian of Records
        4 Sylvan Way
        Parsippay, NJ 07054
        Fax: (973) 292-8697

A copy of such subpoena is attached hereto.

Dated:  Brooklyn, New York
        March 20, 2007

                              LAW OFFICES OF BUKH & ASSOC.

                              By: _____
                                  Nicholas M. Wooldridge Esq.
                                  1123 Ave. Z
                                  Brooklyn, NY 11235
                                  (718) 376-4766

1

**··Mobile·**

: more from life

T·Mobile USA
Law Enforcement Relations
4 Sylvan, Parsippany, NJ 07054
Tel: 973-292-8911 Fax: 973 292-8697

1 18, 2007

holas Wooldrige
Offices of bukh & Associates
3 Avenue Z
okyn, NY 11235

r Wooldrige:

nis is in response to the Subpoena Duces Tecum, dated March 20, 2007, and served upon T-Mobile USA on
il 18, 2007. This subpoena requests customer identification/account information and Call Detail Records for
T-Mobile USA subscriber assigned mobile telephone number (917) 400-4412.

search of our subscriber database discloses the following information:

|  |  |
|---|---|
| Account Number: | 322137164 |
| Subscriber Account Name: | SVETLANA KOGAN |
| Date of Birth: | 07/11/1964 |
| Social Security Number: | 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 |
| Address: | PMB45 1673E 16TH ST |
|  | BROOKLYN, NY  11229-2901 |
| Home Telephone: | (718) 368-3106 |
| Work Telephone: | (718) 934-2759 |
| IMSI: | 310260311178154 |
| Date Account Established: | 11/16/2003 |
| Service Plan | MONTHLY - INDIVIDUAL |
| Current Status | CANCELLED |
| Disconnect Date | 2/16/2006 |
| Last Refill Date |  |

☐ Call Detail Records are provided on the pages which follow.
☐ Call Detail Records are presently being compiled.
☐ Original materials follow via US Mail.

Should you have any questions regarding this information please feel free to contact me at your convenience.
y direct telephone number is: (973) 292-8911.

Very truly yours,

Vanessa Dunston LCA I
Law Enforcement Relations

File: 2007-033165

(917) 400-4412
37164

| | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ | 4.80 |
| | | | | | | | | $ | 0.80 |
| | | | | | | | | $ | 0.40 |
| | | | | | | | | $ | . |
| Incoming | 12:23 AM | 201-406-0159 | | 1 | $ | . | $ | $ | . |
| Incoming | 7:45 AM | 347-416-0751 | | 2 | $ | 0.80 | $ . | $ | 0.80 |
| Bklyn Nyc, NY | 7:47 AM | 347-416-0751 | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| Bklyn Nyc, NY | 7:47 AM | 347-416-0751 | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| Bklyn Nyc, NY | 7:50 AM | 347-416-0751 | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| Bklyn Nyc, NY | 7:50 AM | 347-416-0751 | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| Bklyn Nyc, NY | 7:52 AM | 347-416-0751 | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| Bklyn Nyc, NY | 11:26 AM | 718-513-4886 | | 6 | $ | 2.40 | $ . | $ | 2.40 |
| New York, NY | 11:32 AM | 917-385-5107 | (F) | 3 | $ | 1.20 | $ . | $ | 1.20 |
| Bklyn Nyc, NY | 11:36 AM | 718-541-1125 | (F) | 10 | $ | 4.00 | $ . | $ | 4.00 |
| Incoming | 12:21 PM | 201-406-0159 | | 2 | $ | 0.80 | $ . | $ | 0.80 |
| Incoming | 4:12 PM | 201-406-0159 | | 6 | $ | 2.40 | $ . | $ | 2.40 |
| Incoming | 5:18 PM | 347-416-0751 | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| Hackensack, NJ | 6:10 PM | 201-406-0159 | | 3 | $ | 1.20 | $ . | $ | 1.20 |
| Incoming | 7:18 PM | 973-997-7421 | | 6 | $ | 2.40 | $ . | $ | 2.40 |
| Hackensack, NJ | 9:03 PM | 201-406-0159 | | 4 | $ | . | $ . | $ | . |
| New York, NY | 9:08 PM | 917-385-5107 | (F) | 1 | $ | . | $ . | $ | . |
| Stn Is Nyc, NY | 9:08 PM | 718-698-5440 | | 5 | $ | . | $ . | $ | . |
| Stn Is Nyc, NY | 9:13 PM | 718-698-5440 | | 6 | $ | . | $ . | $ | . |
| Stn Is Nyc, NY | 9:42 PM | 718-698-5440 | | 1 | $ | . | $ . | $ | . |
| Hackensack, NJ | 9:44 PM | 201-406-0159 | | 1 | $ | . | $ . | $ | . |
| Incoming | 10:10 PM | 917-825-5301 | (F) | 2 | $ | . | $ . | $ | . |
| Incoming | 10:44 PM | 718-541-1125 | (F) | 3 | $ | . | $ . | $ | . |
| Incoming | 10:52 PM | 201-406-0159 | | 4 | $ | . | $ . | $ | . |
| | | | | 2 | $ | . | $ . | $ | . |
| | | | | 1 | $ | . | $ . | $ | . |
| | | | | 2 | $ | 0.80 | $ . | $ | 0.80 |
| | | | | 27 | $ | 10.80 | $ . | $ | 10.80 |
| | | | | 3 | $ | 1.20 | $ . | $ | 1.20 |
| | | | | 3 | $ | 1.20 | $ . | $ | 1.20 |
| | | | | 1 | $ | 0.40 | $ . | $ | 0.40 |
| | | | | 2 | $ | 0.80 | $ . | $ | 0.80 |

(F) Mobile2Mobile (G) Voicemail (H) Free Calls

**··Mobile·**
more from life

---

T-Mobile USA
Law Enforcement Relations
4 Sylvan, Parsippany, NJ 07054
Tel: 973-292-8911 Fax: 973 292-8697

18, 2007

iolas Wooldrige
Offices of bukh & Associates
Avenue Z
kyn, NY 11235

Wooldrige:

is is in response to the Subpoena Duces Tecum, dated March 20, 2007, and served upon T-Mobile USA on
l 18, 2007. This subpoena requests customer identification/account information and Call Detail Records for
-Mobile USA subscriber assigned mobile telephone number (917) 385-5107.

search of our subscriber database discloses the following information:

| | |
|---|---|
| Account Number: | 322137164 |
| Subscriber Account Name: | SVETLANA KOGAN |
| Date of Birth: | 07/11/1964 |
| Social Security Number: | 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 |
| Address: | PMB45 1673E 16TH ST |
| | BROOKLYN, NY 11229-2901 |
| Home Telephone: | (718) 368-3106 |
| Work Telephone: | (718) 934-2759 |
| IMSI: | 310260101969594 |
| Date Account Established: | 11/16/2003 |
| Service Plan | MONTHLY - INDIVIDUAL |
| Current Status | CANCELLED |
| Disconnect Date | 2/16/2006 |
| Last Refill Date | |

] Call Detail Records are provided on the pages which follow.
] Call Detail Records are presently being compiled.
] Original materials follow via US Mail.

hould you have any questions regarding this information please feel free to contact me at your convenience.
direct telephone number is: (973) 292-8911.

Very truly yours,

*[signature]*

le: 2007-033165

Vanessa Dunston LCA I
Law Enforcement Relations

Itemized Details For:     (917) 385-5107
Account Number:     322137164

Customer Service Number     1-800-937-8997

Jan 15, 2006

## NATIONAL CHARGES - (Continued)

| | Minutes | Airtime Charges | Toll Charges | Total |
|---|---|---|---|---|
| )6 | 1 | $ . | $ . | $ . |
| )5 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )5 | 3 | $ . | $ . | $ . |
| )6 | 4 | $ . | $ . | $ . |
| )6 | 13 | $ . | $ . | $ . |
| )6 | 4 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 35 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 Incoming   11:32 AM   917-400-4412   (F) | 3 | $ . | $ . | $ . |
| )6 Bklyn Nyc, NY   8:51 PM   347-782-5220 | 5 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 3 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 3 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 2 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |
| )6 | 1 | $ . | $ . | $ . |

x (F) Mobile2Mobile (G) Voicemail (H) Free Calls

rpe: (

?S Ca

## LAW OFFICES OF BUKH & ASSOCIATES

1123 Avenue Z
Brooklyn, NY 11235
(718) 376-4766

March 20, 2007

T-Mobile
Custodian of Records
4 Sylvan Way
Parsippay, NJ 07054

RE: State of New York v. Yakov Slepov
Docket # 2006KN003873

To Whom This May Concern,

You have been served with a subpoena in the case named above for the production of incoming and outgoing telephone calls for the account number and date ant time of such calls mentioned in the enclosed subpoena.

If you are able to have the material ready sooner please feel free to contact me and we will arrange an earlier drop off at the criminal court. I look forward to your cooperation.

Best Regards,

Nicholas M. Wooldridge Esq.

Dated: Brooklyn, New York
~~January 19~~, 2007
March 20

LAW OFFICES OF BUKII & ASSOC.

By: _____

Nicholas M. Wooldridge Esq. (Attorney
for Defendant)
1123 Ave. Z
Brooklyn, NY 11235
(718) 376-4766

2

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

THE PEOPLE OF THE STATE OF NEW YORK

-against-                               SUBPOENA

                                        Docket #: 2006KN003873

YAKOV SLEPOY

                    DEFENDANT.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


YOU ARE COMMANDED to produce and permit inspection and copying of the
following objects and materials at the place, date and time specified below (list of objects
and materials):

Incoming and outgoing telephone calls on the following date and times

        January 10, 2006 between the hours of 12:00 a.m. and 2:00 a.m.

In reference to the following T. Mobile account:

        Svetlana Kogan
        Account Number: 322137164


Please feel free to contact Nicholas M. Wooldridge Esq. of the Law Offices of Bukh &
Associates at (718) 376-4766, regarding any questions related to this subpoena.

                        PLACE:
                        Brooklyn Criminal Court
                        120 Schermerhorn Street
                        Part: Jury 1, 8th Floor
                        Brooklyn, NY 11201

                        Date and Time:
                        March 26, 2007 at 9:30 a.m.


1

05/26/09

I am Mikhail Kogan and I confirm that approximetly 1 year ago, I refused to be a witness against Yakov Slepoy. I made this decision because I don't want to be involved in this case. When I made this decision the district atorney of Brooklyn was present.

*[signature]*

*[signature]*

JERALD REINGOLD
Notary Public, State of New York
No. 01RE6095047
Qualifed in Kings County
Expires on 12/18/10

Agency of National
Security

CRIMINAL COURT OF THE CITY OF NEW YORK

COUNTY OF KINGS            :        AP-4

------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK   :

                - against -                :DOCKET NO: 2005KN038071
                                            2006KN003873


YAKOV SLEPOY.                             :

                        Defendant.         :

------------------------------------------X

                            October 17, 2006

                            120 Schermerhorn Street
                            Brooklyn, New York


B E F O R E :              HONORABLE RICHARD ALLMAN
                           CRIMINAL COURT JUDGE.


A P P E A R A N C E S :    CHARLES J. HYNES, ESQ.
                           DISTRICT ATTORNEY
                           Kings County
                           BY: MARYA GORYANINA, ESQ.
                               PEARL CHRISTENSEN, ESQ.
                               Assistant District Attorneys


                           BUKH & ASSOCIATES
                           ATTORNEYS FOR DEFENDANT
                           BY: KENT ARTHUR, ESQ.
                               Of Counsel.



                           OFFICIAL RUSSIAN INTERPRETER


                           CAMILLE COPPOLA
                           OFFICIAL COURT REPORTER

THE COURT OFFICER:  Calendar number one and calendar number five, Yakov Slepoy.  Russian Interpreter required and present.

MR. ARTHUR:  Good afternoon.  Kent Arthur, A-R-T-H-U-R, Bukh & Associates, on behalf of the defendant.

THE COURT:  In the case where the docket number ends 8071, is there an offer?

MS GORYANINA:  Your Honor, the offer is an "A" and 30-days jail to cover both dockets.

THE COURT:  Does he plead on this case?

MR. ARTHUR:  That's declined, Your Honor.  Your Honor --

THE COURT:  Just want to know the answer to my question before you say anything.  See, we do one thing at a time.  We're not having a conversation; we're having a case on the record.  So, I want the record to be clear.  Which case does he plead guilty on?

MS CHRISTENSEN:  Your Honor, he needs to plead guilty on both cases.  An "A" and 30 days on the docket ending 3873 and then plead to a Violation with a Conditional Discharge and a Full Order of Protection on this docket, docket ending 8071.

THE COURT:  Are The People ready for trial?

MS GORYANINA:  Yes.

THE COURT:  Is The Defense ready?

1          MR. ARTHUR:  No, Your Honor.  Your Honor, the

2   attorney who is handling this case is unavailable today.

3   However, he has a motion that he has given to The People,

4   Omnibus, with regard to discovery he had requested earlier.

5          THE COURT:  What is it that you're missing?

6          MR. ARTHUR:  With regard to certain phone calls

7   that were alleged to be made, phone records that he had

8   requested.  He spoke to the first assistant district

9   attorney involved and then to Miss Quirk.  He believes

10  that those --- this attorney can --

11         THE COURT:  He needs what?  I couldn't hear that?

12         MR. ARTHUR:  He needs phone records and other

13  items, which he has requested previously to the district

14  attorney and which hasn't been received in the DBS.  She's

15  requesting phone records, numbers that had been allegedly

16  called, which were made to his stepdaughter.

17         THE COURT:  Which case does he want phone

18  records of?

19         MR. ARTHUR:  Docket ending 3873

20         THE COURT:  Do The People have these phone

21  records?

22         MS CHRISTENSEN:  At this time, The People do not

23  have the full file in court today.  We do have DBS for the

24  defendant.  I'm not sure it includes the items mentioned,

25  Your Honor.

1        THE COURT:  You already served Discovery, right?

2        MS CHRISTENSEN:  Apparently, the Defense Counsel

3   said they never got it.  That was on the other docket

4   ending 8071.

5        MS GORYANINA:  We just served that DBS on Defense

6   Counsel.

7        MS CHRISTENSEN:  And the other docket, Your

8   Your Honor, 3873.

9        THE COURT:  In the case where the docket number

10  ends 8071, in the past, the case has been adjourned for

11  hearing and trial.  The statement the defendant made was,

12  "I did not pull out the knife.  The knife doesn't belong

13  to me."  Do you want to use that statement, which is a

14  denial?

15       MS CHRISTENSEN:  Your Honor, taking a superficial

16  look at that case, I can't make that determination.  I'm

17  not the assigned assistant.

18       THE COURT:  It's a denial.  It's like saying I

19  didn't do it?

20       MS CHRISTENSEN:  I don't know if she wants to

21  use it.

22       THE COURT:  Why would she want to use it?  Is it

23  a false exculpatory statement you wish to use?  I'm going

24  to suppress the statement because of 710 sub-division (2)

25  (b) unless you say at the next court date that you want

MR. ARTHUR:  Thank you, Your Honor.

\*                    \*                    \*

---

CERTIFIED TO BE A TRUE AND ACCURATE TRANSCRIPT

OF THE STENOGRAPHIC MINUTES TAKEN HEREIN:

CAMILLE COPPOLA
OFFICIAL COURT REPORTER



ERIC S. FIELDMAN
ASSOCIATE COURT ATTORNEY

CRIMINAL COURT OF THE CITY OF NEW YORK

120 SCHERMERHORN STREET  ROOM 509
BROOKLYN, NEW YORK 11201

TEL.347-404-9612    FAX 718-643-3538

April 20, 2007

Nicholas M. Wooldridge, Esq.
Law Officers of Bukh & Associates, PLLC
1123 Avenue Z
Brooklyn, New York 11235

Re:   People v. Yakov Slepoy
Docket No.    2006KN003873

Dear Mr. Wooldridge:

I am the court attorney to the Honorable Miriam Best. I am writing to inform you that the court received a letter from your client dated April 5, 2007 (copy enclosed), together with copies of other correspondence, photographs and medical records. The case is next scheduled for May 10, 2007 in Part BTP-1, at which time the correspondence with enclosures will be turned over to the judge presiding in that Part.

Thank you for your attention.

Yours truly,

Eric S. Fieldman, Esq.
Court Attorney to Hon. M. Best

cc:   ADA Emma Gottlieb
Kings County District Attorney
350 Jay Street
Brooklyn, New York 11201

February 25, 2006

**Yakov Slepoy**
**1510 Ocean Parkway, Apt. 2B**
**Brooklyn, NY 11230**
**Tel: (347) 416-0751**

To: Hon. William Miller
Criminal Court
120 Schermerhorn St.
Brooklyn, NY 11201

Dear Honorable Judge Miller, I am writing this letter to correct an unfair judgment which was made towards me and failure to correct the persecution of me by a Russian Organized crime family headed by Mark Kogan. I spoke to your secretary Hiram Bell, Esq. who was very helpful in his assistance and aid to me. I want to clarify the events that led to this situation. I was arrested on June 13, 2005 for allegedly threatening Mark Kogan. I was arrested on charges of Criminal Possession of a Weapon in the Forth Degree and Menacing in the Third Degree. This happened after I went to the office of Mark Kogan to discuss with him the return of my property, money and documents which he took illegally from my house. I had a knife with me for self defense as I knew Mark Kogan usually had a firearm with him most of the time for many years and had ties to Russian organized crime syndicates. I had no intent of threatening him in any way I just wanted the return of my possessions. At my arraignment that day the Judge had released me at the arraignment and had suggested I go and file a complaint with the police precinct against Mark Kogan. I tried filing claims of harassment and being assaulted on the orders of Mark Kogan with the police department but this far those claims were completely ignored. I had to contact the office of New York Senator Hillary Clinton who referred the investigation to the proper Judicial Authorities. Later at the time of my trial the D.A. and my Lawyer had agreed to drop all charges against me but the case was adjourned to a later date at which the charges would be dismissed. Unbeknownst to me as I was not informed by Judge J. Burke nor my lawyer William D. Boggs that the court had been adjourned and not dismissed as I understood had been done at that hearing. The judge issued an order of protection for Mark Kogan and included all his family in that order as well. At this time Mark Kogan's brother Michael Kogan was living in my house located at 2658 Batchelder St., Brooklyn, NY 11235. Due to this fact the Judge excluded Michael Kogan from the Order of Protection. I was rearrested on January 17th 2006 in the 61st Precinct by Detective Manny for the fabricated charge of Michael Kogan in which he claimed that I called and threatened him which violated the order of protection of which he was excluded from. I have evidence and witnesses that I never called Michael Kogan on the date and time that he claims. The last time I saw or spoke to Michael Kogan was on January 9th 2006 when came to me while I was in a hospital and threaten me and my family if I did not shut my mouth and left the country. He told me that his brother Mark had forced my wife to sell my house to his associates for $350,000 dollars bellow market value. He had robbed me and my company and my accounts as well as taking all my possessions from me. I am seeking help in ceasing persecution of me by Mark Kogan.

Y Slepoy

Yakov Slepoy
1510 Ocean Parkway,
Apt. 2B
Brooklyn, NY 11230
(347) 416-0751

Brooklyn Criminal Court.
First Judge William Miller.

April 5, 2007

Your Honor,

On January 7, 2006 at 11:30PM I was attacked after I parked my car in the inside driveway parking of my house at 2658 Batchelder Street, Brooklyn, NY 11235. The attacker was a Caucasian/white male approximately 35 – 40 years old and 5'9". He hit me in the left side of the chest and the head. After I fell down he was looking for something in my car. Then I saw that he got in the car that came for him and they left in the direction of Avenue Z. After that I crawled down to the basement where lived my tenant Sergey Savchenko, Michael Kogan's best friend. He helped me to get up into my apartment on the first floor. He suggested that I call police, but I did not do it because if I had't move all furniture and other household things the next morning, they would've been thrown away. I took some peels for pain and went to slip. In the morning on January 8th I called 911, officers from 61 precinct came and I explained the whole story to them. Even though they saw the condition I was in and heard what I had to say, they told me that they can't help me and did not even file the report. In about 2 hours moving people came with the truck and started to pack and move the household things to the storage. When later in the day we came to take a second load into the truck I started feeling very bad and moving people called 911. Firefighters came first and started to administer first help, and then ambulance came, police never showed up. They determined that I had to go to the hospital to treat my injuries. Since I was not able to move everything some of the household things that left in the house was destroyed after marshal came and let Mark Kogan in (all the documents attached) and some of it is still today in the house at 2658 Batchelder Street.

I was admitted to the Coney Island hospital on January 8th 2006 at 8:05PM. When doctors in the hospital found out that I recently had an open heart surgery they started worrying and connected IVs and all the necessary monitoring equipment, later I was moved into the room. Next day January 9th I called Michael Kogan at approximately 4PM and asked him to bring me something to eat and drink. He came, brought me some food and said that on January 10th he will return the car (1997 Cadillac STS) that he borrowed money from me to buy and repair. I said that I do not want to see him anymore. After that he said that my ex-wife Irene Gluharev-Simkovich forcefully made Elena Kliger to buy my house and Marina Kogan to be the cosigner in the buying contract. And then he added that if I will not leave the United States they will kill my ex-wife and children. I told everything to the Russian speaking representative of the hospital and she went and asked law enforcement department in the hospital but they said they can't do anything since the threatening person is not a hospital employee. Michael Kogan later filed a complaint that

I called him at 1AM January 10, 2006 (at the time I was in the hospital) on his cell phone and made threats to kill his brother Mark Kogan. I was feeling better and asked to be discharged from the hospital. I was discharged on the January 10th at 10AM. At around 11:30Am I came to the 61st precinct to make a complaint. The officer at the desk asked me to wait. Even though there was no other people they kept me waiting for more then 5 hours until some other people saw me sitting there with my injuries and warned the officer that they will complain to the higher power. Only after that they filed the complaint report # 284 and the officer told me to call 718-627-6620 next day to find the police report number. I called the given number from 10AM to 4PM the next day they were giving me different reasons why they could not give me the report number. They finally gave it to me at 4PM. Copies of all the documents are included.

I received a phone call from detective Manny of the 61st precinct on the January 14th, who told me that they've found the person who attacked me and asked to come to the precinct at 8PM on January 16th. When I came he showed me a photo of my former friend Mark Kogan in the jail uniform and said that this is the person who attacked me and that I should sign the document that I recognized him as my attacker. But I told him myself and through 2 different Russian speaking officers that I am positive that Mark Kogan wasn't my attacker and I will not sign this paper that he was trying to push me to sign. After that he handcuffed and arrested me. Detectives Manny and Rivera let me call my girlfriend Nataliya Kanevets to come to take the keys from my car. When she came with my tenant Segey Savchenko she started asking with the tears why they arrested me and wanted to give me my medications. They gave her the keys and told her that I will be let go in a couple of hours and do not need any medications. What happened after that was total nightmare that I even do not want to talk about.

Few months ago one of my older brothers found me at the place where I live now. After he learned what happened with me during the last 2 years he contacted all my relatives (3 sisters, 2 brothers and their children) and they all found out that I am homeless, poor with multiple very bad illnesses (prostate cancer, rheumatology arthritis and quadruple bypass surgery 7.5 hours long). They all started to call me. One of my sisters Lidiya Kucherski is the owner of the Lev's Pawn Shops (chain of 15 stores in the sate of Ohio), who immigrated to the USA in 1972 from Russia. She is a member of 4 synagogues in Columbus. Her younger daughter Susan, who studied in Israel after finishing school in Columbus and represented Ohio Jewish population in Washington DC, suggested me to ask you to reschedule the hearing date for the earlier date then scheduled May 10th 2007 or to dismiss this case altogether since I could not call and threaten anybody being in the hospital under treatment (I include my phone bills as well). And they told me that after the hearing I should leave this country and they will deal legally with the people who did all this to me themselves.

All the information in this letter was given to my attorney Arcadiy Bukh, who charged me his fees never really trying to defend me.

Sincerely,

Yakov Slepy

LAW OFFICES OF BUKH & ASSOCIATES
1123 Avenue Z
Brooklyn, NY 11235
(718) 376-4766

## DISCOVERY DEMAND LETTER AND REQUEST FOR BILL OF PARTICULARS

August 7, 2006

Kings County District Attorney's Office
ADA Johanne Macajoux
350 Jay Street
Brooklyn, NY 11201

RE: State of New York v. Y kov Slepoy
Docket # 2006KN003873

Dear Johanne,

I am writing to request additional information in reference to the discovery by stipulation.   Pursuant to such stipulation I am first making a written demand for information.

Please provide me with the following:

1.      Does the District Attorney have Michael Kogan's phone records concerning the alleged phone call that violated the terms of Mr. Selpoy's  rder of protection?

2.      If the answer to number one (#1) is yes.  Provide a copy of those records.

3.      If the answer to number one is no.

a.  Was the alleged threatening phone call placed to Michael Kogan's cell phone, home phone, or other?

b.  What is the phone number for the phone referenced in (a) above?  Any phone number provided will be kept in the strictest of confidence and will not be shared with the client.

c.  Who is the carrier (i.e., Verizon) of the phone referenced in (a) above?

I thank you in advance for your attention to this matter.  Should you have any questions or concerns do not hesitate to contact me.

Best Regards

Nicholas M. Wooldridge Esq.

CRIMINAL COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

--------------------------------------------------------------X

STATE OF NEW YORK

AFFIRMATION IN SUPPORT
OF MOTION FOR BILL OF
PARTICULARS, TO COMPEL
DISCOVERY, AND TO
SUPPLEMENT THESE
MOTIONS OR MAKE
FURHTER MOTIONS

-against-

Docket #:  2006KN003873

YAKOV SLEPOY,

                    Defendant

--------------------------------------------------------------X

NICHOLAS M. WOOLDRIDGE ESQ., being duly sworn, deposes and says:

        I am the attorney for the defendant above named, and after a review of the file I

am familiar with the facts herein stated.

## PROCEDURAL AND FACTUAL BACKGROUND

1.  On October 18, 2005 a misdemeanor complaint was filed in the Criminal Court of

King's County charging the said defendant with the offenses of Penal Law Section

215.50(3) Criminal Contempt in the Second Degree and PL 240.30(1)(A) Aggravated

Harrassment in the Second Degree.  1y.  Arraignment of the defendant on the above-

mentioned charges took place in this Court on the January 8, 2006.  The case was put on

for conversion in February 2006.  The case was then adjourned to April 6, 2006 for

Discovery by Stipulation.  The case was then adjourned to May 15, 2006 for Mr. Slepoy

to hire private counsel.  On May 15, 2006 private counsel appeared and the case was put



**NEIL JON FIRETOG**
Administrative Judge
Supreme Court Criminal Term

STATE OF NEW YORK
UNIFIED COURT SYSTEM
SECOND JUDICIAL DISTRICT, SUPREME COURT
320 JAY STREET
BROOKLYN, NEW YORK, 11201
(347) 296-1000 · FAX (347) 296-1327

MARCIA MARGOLIN, ESQ.
Principal Law Clerk

March 31, 2006

Mr. Yakov Slepoy
1510 Ocean Parkway
Apt. B2
Brooklyn NY 11230

Re: Docket #2006KN003873

Dear Mr. Slepoy:

Your letter to Governor Pataki was referred to Administrative Judge Neil Jon Firetog and he has asked me to reply.

The charges that are pending against you are in the Criminal Court and Judge Firetog's authority does not extend to that court. However, I am referring your letter to Hon. William Miller, the Supervising Judge of the Kings County Criminal Court for a response, if any. If you have any further correspondence, please send it to him at the Criminal Court, 120 Schermerhorn Street, Brooklyn NY 11201.

I hope this has been of assistance to you.

Very truly yours,

Marcia Margolin, Esq.

cc: Hon. William Miller



STATE OF NEW YORK
UNIFIED COURT SYSTEM
100 CENTRE STREET
NEW YORK, NEW YORK 10013
(212) 374-8540
FAX (212) 374-3003

JONATHAN LIPPMAN
Chief Administrative Judge

JOAN B. CAREY
Deputy Chief Administrative Judge
New York City Courts

TO:        Justices/Judges Assigned to New York City Courts

FROM.      Joan B. Carey

RE:        Family Violence Task Force Program

DATE.      March 31, 2006

On April 26, 2006, the Family Violence Task Force, chaired by the Hon. Sondra Miller and the Hon. Michael Griffiths, will present "De-bunking the Myths: What Works, What Doesn't in Domestic Violence and Sexual Assault Cases," a seminar examining intervention programs employed in criminal and civil proceedings. Leading experts in the field will consider the efficacy of batterers' education, adult and juvenile sex offender treatment and probation. The speakers include:

Michael Rempel, Director of Research, Center for Court Research
Richard Hamill, Ph.D., Director, New York State Alliance of Sex Offender Service Providers
Andy Klein, Ph.D., Senior Research Analyst, Advocates for Human Potential
Louis Conti, Deputy Commissioner of Probation, Westchester County

The interactive program, designed to facilitate open dialogue among and between justices/judges of different jurisdictions, will fulfill the requirements of Rule 17.4 of the Rules of the Chief Judge. The program will be held at the New York State Judicial Institute in White Plains, New York, from 9:30 a.m. to 3:30 p.m.. Please advise Lisa Friederwitzer, Esq., at 646-386-5199 of your plans to attend, by April 17, 2006. Finally, all questions concerning the program should be addressed to Deputy Counsel Janet Fink at 212-428-2150.

I urge you to attend this important and informative program. Thank you.



STATE OF NEW YORK
UNIFIED COURT SYSTEM
100 CENTRE STREET
NEW YORK, NEW YORK 10013
(212) 374-8540
FAX (212) 374-3003

JONATHAN LIPPMAN
Chief Administrative Judge

JOAN B. CAREY
Deputy Chief Administrative Judge
New York City Courts

TO          Hon. Juanita Bing Newton
            Hon. John P. Collins
            Hon. Neil J. Firetog
            Hon. Theodore T. Jones
            Hon. Joseph M. Lauria
            Hon. Leslie G. Leach
            Hon. Philip G. Minardo
            Hon. Barry Salman
            Hon. Jacqueline W. Silbermann
            Hon. Micki A. Scherer

FROM        Joan B. Carey

RE.         Family Violence Task Force Program

DATE        March 31, 2006

Please distribute the attached memorandum to all judges under your supervision.

Thank you.

Attachment

1

```
CRIMINAL COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: PART: BTP-1
------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK  :    Docket No.
                                      :    2005KN038071
            -against-                 :
                                      :
YAKOV SLEPOY,                         :
                                      :
                          Defendant.:
------------------------------------X
```

                                  120 Schermerhorn Street
                                  Brooklyn, New York
                                  November 10, 2005

Before:

                          HONORABLE JAMES BURKE,
                                          Judge.

Appearances:

                          For The People
                          CHARLES J. HYNES. ESQ.,
                          District Attorney, Kings County
                          350 Jay Street
                          Brooklyn, New York 11201
                    By:   SABEEHA MADNI, ESQ.
                          Assistant District Attorney


                          Legal Aid Society, Kings County
                          111 Livingston Street
                          Brooklyn, New York 11201
                    By:   WILLIAM BOGGS, ESQ.

   ALSO PRESENT:  Russian Interpreter,
              By: Julia Epstein

                          JOSEPH G. CHARLES
                          OFFICIAL COURT REPORTER

2

1

2          COURT OFFICER: Calling number 13, Yakov Slepoy.

3     Russian Interpreter required and present.

4          MR. BOGGS: William Boggs, from the Legal Aid

5     Society.

6          MS. MANDNI: Sabeeha Madni, for the People. The

7     offer is an ACD with a full order of protection.

8          MR. BOGGS: My client authorizes me to consent to

9     the ACD.

10          THE COURT: I understand that both sides have

11     agreed to put the case on for a period of six months, at

12     which time the case will be dismissed and sealed.

13          MR. BOGGS: I also understand, that during that

14     time, there will be a full order of protection in favor

15     of the complaining witness, which means no contact with

16     this person where they live, no visits and where they

17     work. You can't pass on letters through any other person.

18          THE COURT: In that case, so ordered. The ACD is

19     granted. Please live a law abiding life and abide by the

20     full order of protection. Take what Mr. Boggs said very,

21     very seriously.

22          THE DEFENDANT: I am sorry.

23

24

25

26          I, JOSEPH G. CHARLES, do hereby certify that the

3

above is a correct transcription of my stenographic

notes.

_____
JOSEPH G. CHARLES
OFFICIAL COURT REPORTER

# COURT REPORTER / MINUTE AGREEMENT FORM
### (Private Party Transactions)

Please Type or Print Clearly

$20 Deposit

1. _Criminal_ Court, _Kings_ County.

Part No. _BTP-1_    Name of Judge/ Justice _Pickett_.

2. Name of Case _Sleepy Yakov_

3. Court Docket/File/Index Number _06KN003873_  4. Date(s) of Minutes requested _11/13/07_

Deft Showed ID

5. Type of Proceeding (check one or more):

Arraignment_____ Application _____ Hearing _____ Plea _____ Trial _____ Sentence _____

Other (specify): _____

6. Pursuant to Section 108 of the Rules of the Chief Administrative Judge, the rate per page for transcripts of proceeding reported in New York State courts shall be as follows:

Regular delivery:        $3.30 - $4.30 (original)
                         $1.00 (each copy)

Expedited delivery:      $4.40 - $5.40 (original)
                         $1.10 (each copy)

Daily delivery:          $5.50 – $6.50 (original)
                         $1.25 (each copy)

7. Rate to be Charged Per Page: _____

Regular _____    Expedited _____    Daily _✓_    Other _____

No. of Copies Ordered _____

8. Estimated Number of Pages: _____     9. Estimated Delivery Date: _____

10. Agreed to:

_____    _____    _11/15/07_
Court Reporter (signature)      Attorney/Party (signature)    Date of Agreement

Name of Court Reporter _Christine Shearer_   Name of Attorney/Party _Sleepy. Yakov_
Address_____    Firm/Address_____

Telephone Number _347-404-9378_    Telephone Number _347-283-6494_
Fax Number _____    Fax Number _____

_Steve  347-404-9376_

A copy of this agreement must be filed by the court reporter with his/her supervisor as designated by the administrative Judge within 7 calendar days following the date of agreement.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: 201019

THE PEOPLE OF THE STATE OF NEW YORK
VS

SLEPOY, YAKOV
Defendant

2618 BATCHELDER S
Address

BROOKLYN            NY
City            State   Zip

Docket Number: 2005KN038071

265.01 120.15 120.14 240.26 265.01
Arraignment Charges

05/01/1945
Date of Birth

1849867Q
NYSID Number

06/13/2005
Date of Arrest/Issue

Summons No:

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 01/08/2008 | DISMISSED - MOTION OF DA | SERITA,T | BTP1 |

**SEALED**

pursuant to Section 160.50 of the CPL

O FEE CERTIFICATION

GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

      I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

CLOTHIER,A
COURT OFFICIAL SIGNATURE AND SEAL            01/09/2008
                                             DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

THE PEOPLE OF THE STATE OF NEW YORK  COUNTY OF KINGS

v

YAKOV SLEPOY

PARALEGAL JENNIFER DE LA CRUZ OF THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE
SAYS THAT ON OR ABOUT JUNE 13,2005 AT APPROXIMATELY 12:40 PM AT INSIDE OF 7203
13 AVENUE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 120.14(1) | MENACING IN THE SECOND DEGREE |
| PL 120.15 | MENACING IN THE THIRD DEGREE |
| PL 240.26(1) | HARASSMENT IN THE SECOND DEGREE |
| PL 265.01(1) | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE |
| PL 265.01(2) | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE |

IN THAT THE DEFENDANT DID:

INTENTIONALLY PLACE OR ATTEMPT TO PLACE ANOTHER PERSON IN REASONABLE FEAR OF
PHYSICAL INJURY, SERIOUS PHYSICAL INJURY OR DEATH BY DISPLAYING A DEADLY WEAPON,
DANGEROUS INSTRUMENT OR WHAT APPEARED TO BE A PISTOL, REVOLVER, RIFLE, SHOTGUN,
MACHINE GUN OR OTHER FIREARM; BY PHYSICAL MENACE, INTENTIONALLY PLACE OR ATTEMPT
TO PLACE ANOTHER PERSON IN FEAR OF DEATH, IMMINENT SERIOUS PHYSICAL INJURY OR
PHYSICAL INJURY; WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, STRIKE,
SHOVE, KICK OR OTHERWISE SUBJECT SUCH OTHER PERSON TO PHYSICAL CONTACT, OR
ATTEMPT OR THREATEN TO DO THE SAME; POSSESS ANY FIREARM, ELECTRONIC DART GUN,
ELECTRONIC STUN GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE,
METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON, METAL KNUCKLES,
CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLINGSHOT,
SHIRKEN OR KUNG FU STAR; POSSESS ANY DAGGER, DANGEROUS KNIFE, DIRK, RAZOR,
STILETTO, IMITATION PISTOL, OR ANY OTHER DANGEROUS OR DEADLY INSTRUMENT OR
WEAPON WITH INTENT TO USE THE SAME UNLAWFULLY AGAINST ANOTHER.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE
AS FOLLOWS:

DEPONENT IS INFORMED BY MARK KOGAN THAT, AT THE ABOVE TIME AND PLACE, THE
DEFENDANT DID WALK INTO THE INFORMANT'S BUISNESS AND STATED THAT THE DEFENDANT
IS KNOWN FOR HAVING SPILLED THE BLOOD OF PEOPLE IN MOSCOW AND HAVING CUT THEM
UP, AND DEFENDANT IS GOING TO DO THE SAME TO INFORMANT.

DEPONENT IS FURTHER INFORMED BY INFORMANT THAT THE DEFENDANT TOOK OUT A GRAVITY
KNIFE AND LUNGED AT INFORMANT WITH AN INSANE EXPRESSION ON DEFENDANT'S FACE
SCREAMING THAT IF INFORMANT DOES NOT RETURN THE SEVERAL THOUSAND DOLLARS
INFORMANT ALLEGEDLY BORROWED FROM DEFENDANT, DEFENDANT WILL KILL INFORMANT AND
INFORMANT'S FAMILY IN MOSCOW.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE ABOVE DESCRIBED
ACTIONS CAUSED INFORMANT TO FEAR PHYSICAL INJURY AND TO BECOME ALARMED AND
ANNOYED.

DEPONENT IS INFORMED BY POLICE OFFICER MICHAEL SAGNELLI SHIELD NO.17292, OF 068
COMMAND THAT, AT THE ABOVE TIME AND PLACE, THE INFORMANT RECOVERED A GRAVITY
KNIFE ON THE FLOOR OF THE ABOVE LOCATION.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW.